171 So.2d 107

**Sam WEBSTER**

v.

**CITY OF BIRMINGHAM.**

**6 Div. 7.**

Court of Appeals of Alabama.

Oct. 6, 1964.

Rehearing Denied Oct. 27, 1964.

Arthur Shores, Orzell Billingsley, Jr., Birmingham, Norman C. Amaker and Jack Greenberg, New York City, for appellant.

Wm. C. Walker, Birmingham, for appellee.

PRICE, Presiding Judge.

Affirmed.

155 So.2d 536

**Thomas WILLIAMS**

v.

**STATE.**

**8 Div. 906.**

Court of Appeals of Alabama.

May 7, 1963.

Rehearing Denied June 14, 1963.

Thomas Williams, pro se.

Richmond M. Flowers, Atty. Gen., for the State.

JOHNSON, Judge.

Petition dismissed. Ante p. 66, 152 So. 2d 429.

169 So.2d 439

**Ex parte Lamar WORKS.**

**7 Div. 794.**

Court of Appeals of Alabama.

Nov. 17, 1964.

Lamar Works, pro se.

Richmond M. Flowers, Atty. Gen., and W. Mark Anderson, III, Asst. Atty. Gen., for respondent.

CATES, Judge.

Writ denied (see Ex parte Owens, ante p. 508, 169 So.2d 438.

*